IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.  JKB-14-0057 |
| : | |
| MORYNE LOUDEN, : | |
| : | |
| Defendant : | |
| : | |

...oOo...

## GOVERNMENT'S MOTION TO DISMISS PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its undersigned attorneys, hereby moves to dismiss the Indictment in the above-captioned case.

Under Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment . . . ." The Government makes this motion seeking leave of Court in good faith. The defendant is not in custody. Attached for the Court's consideration is a proposed Order.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Christopher Flagg
Special Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800